# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ALBERT K. SMITH & TINA R. SMITH  
2809 HIGHCREST RD.  
ROCKFORD, IL  61107

SSN-xxx-xx-2631 & xxx-xx-3485

Case Number: 07-70346

Case filed on: 2/20/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $20,117.29          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SIMM ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UNIVERSAL FIDELITY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ARTISTIC SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ALBERT K. SMITH | 0.00 | 0.00 | 20,117.29 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20,117.29 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 32,393.61 | 32,393.61 | 0.00 | 0.00 |
|  | Total Secured | 32,393.61 | 32,393.61 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL FINANCE | 1,520.50 | 1,216.40 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 559.52 | 447.62 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 269.00 | 215.20 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,112.54 | 890.03 | 0.00 | 0.00 |
| 009 | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 505.07 | 404.06 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 263.90 | 211.12 | 0.00 | 0.00 |
| 015 | MAGILLA CUTTERS | 800.00 | 640.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SANTA BARBARA BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 2,338.17 | 1,870.54 | 0.00 | 0.00 |
| 019 | SUBURBAN FAMILY DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 867.61 | 694.09 | 0.00 | 0.00 |
| 022 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 1,074.12 | 859.30 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 2,431.68 | 1,945.34 | 0.00 | 0.00 |
| 024 | ROUNDUP FUNDING LLC | 255.47 | 204.38 | 0.00 | 0.00 |
|  | Total Unsecured | 11,997.58 | 9,598.08 | 0.00 | 0.00 |
|  | Grand Total: | 44,391.19 | 41,991.69 | 20,117.29 | 0.00 |

Total Paid Claimant:      $20,117.29  
Trustee Allowance:             $0.00  
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  01/29/2008          By  /s/Heather M. Fagan